# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky. No. 09-30552 |
| John Richard Moore, | |
| Debtor. | Chapter 7 |
| Wells Fargo Bank, N.A., | Adv. Pro. No. |
| Plaintiff, | |
| vs. | ORDER |
| John Richard Moore, | |
| Defendant. | |

At ST. PAUL, Minnesota, _____, 200__.

Pursuant to the stipulation of the parties,

IT IS ORDERED: $4,000.00 of the Defendant's debt to Plaintiff is excepted from Defendant's discharge and judgment is hereby entered against Defendant for $4,000.00.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dennis D O'Brien,
**UNITED STATES BANKRUPTCY JUDGE**

40880462